# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERGEI KOVALEV, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| CALLAHAN WARD | : | |
| 12TH STREET LLC *et al.*, | : | No. 21-2318 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 8th day of July, 2021, upon consideration of the City of Philadelphia's Notice of Removal (Doc. No. 1), Plaintiff Sergei Kovalev's Motion to Remand (Doc. No. 3), the City of Philadelphia's Response in Opposition to the Motion to Remand (Doc. No. 4), Plaintiff's Reply (Doc. No. 5), Defendant's Supplemental Brief (Doc. No. 11), and Plaintiff's Supplemental Brief (Doc. No. 13), it is **ORDERED** that:

1. The Motion to Remand (Doc. No. 3) is **GRANTED**;

2. The Motion to Dismiss (Doc. No. 18) is **DEEMED MOOT**;

3. This action is **REMANDED** to the Court of Common Pleas of Philadelphia County for all further proceedings; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1